

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-17-00428-CV

Javier **MORA,**
Appellant

v.

Anna **MORA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

# **O R D E R**

Sitting:    Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court